UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

```
******************************************************
                              *
ARMANDO IXTLILCO-HERNANDEZ,   *     CIV 12-5020
                              *
        Movant,               *
                              *
vs.                           *     MEMORANDUM OPINION AND
                              *     ORDER RE: ATTORNEY-CLIENT
                              *     PRIVILEGE WAIVER
UNITED STATES OF AMERICA,     *
                              *
        Respondent.           *
                              *
******************************************************
```

Movant having filed his Attorney-Client Privilege Waiver,

IT IS ORDERED that:

1. The Government shall forward a copy of the signed Attorney-Client Privilege Waiver form to Attorney Steven M. Christensen, along with a copy of this Order and Movant's § 2255 Motion. Attorney Christensen shall within 14 days of receiving the Attorney-Client Privilege Waiver form provide and file with the Clerk an affidavit responding to the specific allegations in the § 2255 Motion concerning his representation of Movant.

2. The Government shall file its response no later than 30 days after Mr. Christensen's affidavit has been received.

Dated this 25 day of July, 2013.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge